THE BOARD OF EDUCATION OF THE BOROUGH OF FAIR LAWN IN THE COUNTY OF BERGEN, A MUNICIPAL CORPORATION OF NEW JERSEY, PLAINTIFF-APPELLANT, v. FAIR LAWN PLAZA TAXI, INC., A NEW JERSEY CORPORATION, DEFENDANT-RESPONDENT.

Argued March 22, 1960—Decided April 4, 1960.

*Mr. Heyman Zimel* argued the cause for the plaintiff-appellant (*Mr. Maurice D. Emont,* attorney).

*Mr. Michael Aliotta* argued the cause for the defendant-respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Price in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—7.

*For reversal*—None.